# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Derico Williamson,  Civil No. 16-cv-4081 (SRN/TNL)

    Petitioner,

v.  **ORDER**

Tom Watson,

    Respondent.

---

Derico Williamson, Reg. No. 23293-076, F.C.I. – Sandstone, Post Office Box 34550, Sandstone, MN 55072 (pro se Petitioner);

Ana H. Voss, D. Gerald Wilhelm, and David W. Fuller, Assistant United States Attorneys, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 16, 2017 [Doc. No. 9], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED**.

2. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 10, 2017
                                                      s/Susan Richard Nelson
                                                      SUSAN RICHARD NELSON
                                                      United States District Judge